MANOEL DE BONO, Appellant, *v.* JOSEPH LOMBARDI, Respondent.

Submitted January 2, 1951; decided January 18, 1951.

*Stanley Fowler* and *Milton H. Reuben* for appellant.

*Eugene J. Blumberg, Arthur M. Cromarty* and *Harry Ostrov* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.